UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LUIS GUILLERMO ORTEGA MACARIO,
Plaintiff,

v.

SERGIO ALBARRAN, et al.,
Defendants.

Case No. 25-cv-10885-TLT

**ORDER SETTING HEARING AND BRIEFING SCHEDULE ON PETITIONER-PLAINTIFF'S MOTION TO CONVERT TRO TO PERMANENT INJUNCTION: HEARING OCTOBER 19, 2026, 11 AM.**

Re: Dkt. No. 49

On October 2, 2026, Petitioner-Plaintiff filed a motion seeking to convert the Court's expired temporary restraining order (ECF 47) into a permanent injunction and set the matter for hearing. ECF 49. The government has not yet filed a response and the date to respond has passed. Petitioner-Plaintiff also requests briefing on why he can show that he has met the standard for a permanent injunction. ECF 49 at 2. The Court hereby sets the following briefing schedule and hearing on Petitioner-Plaintiff's request for permanent injunctive relief:

1. Petitioner-Plaintiff shall file his brief in support of his request for a permanent injunction no later than October 9, 2026.
2. Respondents-Defendants shall file their response no later than October 14, 2026.
3. Petitioner-Plaintiff's reply, if any, is due no later than October 15, 2026.
4. An in-person hearing is set for **October 19, 2026 at 11:00 a.m**. regarding Petitioner-Plaintiff's request for permanent injunctive relief.

Both parties have acknowledged that on September 14, 2026, Mr. Ortega filed a motion for stay of removal with the Ninth Circuit Court of Appeals. Pursuant to General Order 6.4(c)(1), Mr. Ortega's removal is automatically stayed until further order of the Court. See *Ortega Macario v.*

United States District Court
Northern District of California

*Blanche,* No. 26-1483, Dkt. 23 (9th Cir. Sept. 14, 2026). The judicial stay of removal eliminates the government's alleged rationale for re detention—to execute removal.

The parties shall promptly advise the Court if they reach any stipulations regarding Petitioner-Plaintiff's status while this matter is pending. This order does not impact nor extend to a final removal order.

**IT IS SO ORDERED.**

Dated: October 6, 2026

TRINA L. THOMPSON
United States District Judge

United States District Court
Northern District of California